UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80004-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARY B. McCARTY

      Defendant.

_____/

### SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment entered on June 4, 2009, against Mary B. McCarty.  The Clerk of the United States Southern District of Florida is authorized and empowered to satisfy and cancel said Judgment of record.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:    */s/ Vivian Rosado_____*
        Vivian Rosado
        Assistant U.S. Attorney
        FL. Bar No. 849367
        99 NE 4th Street, #300
        Miami, FL  33132-2111
        Tel: (305) 961-9313
        Fax: (305) 530-7195
        Email: vivian.rosado@usdoj.gov